441 A.2d 446

Commonwealth v. Bell, Appellant.

Submitted February 25, 1981. Douglas M. Johnson, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, JOHNSON and WIEAND, JJ.

The judgment of sentence of the lower court is hereby affirmed.

441 A.2d 447

Commonwealth v. Carter, Appellant.

Submitted April 1, 1981. Paul C. Vangrossi, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., HESTER and JOHNSON, JJ.

The order denying PCHA relief is affirmed.